IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT EVANS MAHLER,

    Plaintiff,

v.

FATHER TERRY, FATHER MARTIN, individually and dba Mount Angel Abbey & Seminary; THE ROMAN CATHOLIC CHURCH; DIOCESE OF PORTLAND, OREGON; MOUNT ANGEL ABBEY & SEMINARY; CITY OF MT. ANGEL, OREGON; MT. ANGEL (OREGON) POLICE DEPARTMENT; OFFICER MARTINEZ, Individually and as Deputy of the City of Mt. Angel (Oregon) Police Department; Does 1-10,,

    Defendants.

Civ. No. 6:16-cv-165-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie Russo filed a Findings and Recommendation, ECF No. 26, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). Upon review, I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation is ADOPTED.

1 – ORDER

y

The Defendants' motion to dismiss, ECF No. 10, is GRANTED and the claims against Defendants City of Mount Angel, Mount Angel Police Department, and Officer Martinez are DISMISSED.

IT IS SO ORDERED.

DATED this 27th day of July, 2016.

_____
Michael J. McShane
United States District Judge

2 – ORDER